JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| BAKARI GARVEY, an Individual, | 8:18−cv−1915 JVS (JDEx) |
| Plaintiff, | **ORDER VACATING DEADLINES IN LIGHT OF SETTLEMENT** |
| v. | |
| CNS NETWORK, INC., a California Corporation, COLLABORATIVE NEUROSCIENCE NETWORK, LLC, a California Limited Liability Company, JACK STEPHENS, an Individual, | |
| Defendants. | |

**ORDER**

The Court has considered the Joint Stipulation to Vacate Deadlines in Light of Settlement filed by Plaintiff Bakari Garvey and Defendants CNS Network, Inc., Collaborative Neuroscience Network, LLC and Jack Stevens.

For good cause shown, IT IS HEREBY ORDERED that the dates and deadlines set forth in the October 7, 2019 Order Granting the Parties' Joint Stipulation to Continue Trial and Related Dates (Docket No. 35) are hereby vacated in light of the Parties' settlement.

IT IS ORDERED that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause being shown within 60 days, to reopen the action if settlement is not consummated.

DATED: January 30, 2020

Hon. James V. Selna
Judge of the United States District Court